IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUSTIN JOHN FRAME,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;

Defendant.

**4:25CV3052**

**ORDER FOR DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 35). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 10th day of September, 2026.

BY THE COURT:

Susan M. Bazis

Susan M. Bazis
United States District Judge